Opinion issued March 3, 2005











In The
Court of Appeals
For The
First District of Texas




NO. 01–04–01164–CV




RICHARD WALKER AND ALL OCCUPANTS, Appellant

V.

RICHARD L. PFIRMAN, Appellee




On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 823396




MEMORANDUM OPINIONAppellant Richard Walker and All Occupants have neither established
indigence, nor paid all the required fees. See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent), 20.1 (listing requirements for establishing
indigence); see also Tex. Gov’t Code Ann. §§ 51.207, 51.941(a), 101.041 (Vernon
Supp. 2004) (listing fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees
in court of appeals). After being notified that this appeal was subject to dismissal,
appellant Richard Walker and All Occupants did not adequately respond. See Tex.
R. App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal
of case).
          The appeal is dismissed for nonpayment of all required fees. All pending
motions are denied.
PER CURIAM
Panel consists of Chief Justice Radack and Justices Nuchia and Alcala.